# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany - Main Office | Syracuse - Branch Office |
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |
| | |
| Alexander Bunin, | Lisa Peebles, First Assistant |
| Federal Public Defender | |

**RESPOND TO SYRACUSE OFFICE**

October 5, 2009

Hon. David E. Peebles, US Magistrate Judge
Federal Building & US Courthouse
PO Box 7345
Syracuse, NY 13261-7345

      RE:    UNITED STATES OF AMERICA V. FLAY B. ROOD
                 09-MJ-461 (DEP)

Dear Judge Peebles:

      This letter is to advise that the defendant, Flay B. Rood, by and through his attorney, Melissa A. Tuohey, Esq., Assistant Federal Public Defender, hereby waives his right to a preliminary hearing on the Criminal Complaint, dated September 28, 2009, pursuant to Federal Rules of Criminal Procedure, Rule 5.1(a)(1).

                              Very truly yours,
                              OFFICE OF THE FEDERAL PUBLIC DEFENDER


                              S/Melissa A. Tuohey
                  By:    Melissa A. Tuohey, Esq.
                          Assistant Federal Public Defender

MAT:vlb
cc: Lisa Fletcher, Esq., AUSA